**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cecilio CONTRERAS–SANCHEZ, also known as Celcilio Ramon Contreras–Sanchez, Defendant–Appellant.**

**No. 05–10179
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Cecilio Contreras–Sanchez, Oakdale, LA, pro se.

Charles Mais, Jr., Charles Mais Law Office, Lubbock, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cecilio Contreras–Sanchez has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Contreras–Sanchez has filed a response.

Our independent review of counsel's brief, Contreras–Sanchez's response, and the record discloses no nonfrivolous issue. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.